```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF MINNESOTA
                    Criminal No. 05-414(PAM/JJG)
```

UNITED STATES OF AMERICA,   )
                            )
         Plaintiff,         )
                            )
         v.                 )                **ORDER**
                            )
DAVID R. SLOMINSKI,         )
                            )
         Defendant.         )

The Plaintiff's Motion for Extension of Time is GRANTED.

The Court ORDERS as follows:

1. Position pleadings, if necessary, be filed with the Clerk of Court by March 13, 2006.


Dated: <u>February 24, 2006</u>


                                    <u>s/Paul A. Magnuson</u>
                                    The Honorable Paul A. Magnuson
                                    United States District Judge