UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 05-414 PAM/JJG

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | RESTRAINING ORDER |
| ) | |
| DAVID ROSS SLOMINSKI, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on the motion of the United States of America for a restraining order pursuant to the All Writs Act, 28 U.S.C. § 1651, which provides the Court with authority to enter a restraining order and to take such other action in connection with any property subject to an order of restitution to ensure its availability for restitution.

Based upon the briefs and arguments of counsel and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that defendant, David Ross Slominski, his agents, representatives, servants, employees, attorneys, family members and those persons in active concert or participation with them, and anyone holding property, both real and personal, be and are hereby enjoined and restrained from selling, transferring, assigning, pledging, distributing, giving away, encumbering or otherwise participating in the disposal of or removal from the jurisdiction of this Court all or part of

the defendant's interest, direct or indirect, in all property, real or personal, without prior approval of the Court and upon notice to the United States and an opportunity for the United States to be heard.  The United States is hereby authorized to record a notice of *lis pendens* on any real property owned or co-owned by defendant or to file any other documents to ensure the property is preserved for restitution.

The property subject to this order includes, but is not limited to, the defendant's interest, whether joint or exclusive, in any REAL PROPERTY, INCLUDING HIS RESIDENCE AT 14709 HILLSHIRE LANE, BURNSVILLE, MINNESOTA.

IT IS SO ORDERED.

Dated: February 24, 2006

s/Paul A. Magnuson
PAUL A. MAGNUSON
United States District Judge